UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO: 5:11-CR-00031-BR

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| ) | |
| TERRENCE MAURICE MCNEILL ) | |
| ) | |

This matter is before the court on defendant's motion to seal his sentencing memorandum. Having fully considered the motion, it is DENIED.

This 9 August 2012.

_____
W. Earl Britt
Senior U.S. District Judge