UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Terrence Maurice McNeill                  Docket No. 5:11-CR-31-1BR

**Petition for Action on Supervised Release**

COMES NOW Mark Culp, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Terrence Maurice McNeill, who, upon an earlier plea of guilty to 21 U.S.C. § 841(a)(1), Distribution of Fifty (50) Grams or more of Cocaine Base (Crack), was sentenced by the Honorable W. Earl Britt, Senior U.S. District Judge, on January 3, 2012, to the custody of the Bureau of Prisons for a term of 115 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Terrence Maurice McNeill was released from custody on October 31, 2016, at which time the term of supervised release commenced. The court agreed to continue supervision after the offender submitted urine samples which were positive for marijuana on March 30 and May 30, 2017. The offender is currently enrolled in substance abuse treatment at this time.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** This offender submitted a urine sample on November 2, 2017, which tested positive for marijuana. When confronted about the use, the offender signed an admission form noting that he had in fact used marijuana prior to this test.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 45 consecutive days. The defendant is restricted to residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                I declare under penalty of perjury that the foregoing is true and correct.

/s/ Michael C. Brittain                /s/ Mark Culp
Michael C. Brittain                    Mark Culp
Supervising U.S. Probation Officer      U.S. Probation Officer
                                                  150 Rowan Street Suite 110
                                                  Fayetteville, NC 28301
                                                  Phone: 910-354-2543
                                                  Executed On: November 08, 2017

**Terrence Maurice McNeill**
**Docket No. 5:11-CR-31-1BR**
**Petition For Action**
**Page 2**

## ORDER OF THE COURT

Considered and ordered this __9__ day of __November__, 2017, and ordered filed and made a part of the records in the above case.

_____
W. Earl Britt
Senior U.S. District Judge